```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| MALCOLM D. CLARK,<br><br>            Plaintiff,<br><br>      v.<br><br>STROBER-HADDONFIELD GROUP, INC.,<br><br>            Defendant. | Civil No. 07-910-RBK-AMD |

## SCHEDULING ORDER

       This Matter having come before the Court by way of letter request dated August 6, 2008 from Jason A. Zoldessy, Esquire, counsel for defendant, for an Order rescheduling the August 15, 2008 status conference; and for good cause shown:

       IT IS this **11th** day of **August 2008**, hereby **ORDERED**:

       1. The in-person status conference on August 15, 2008 is **RESCHEDULED** to **September 16, 2008 at 3:00 P.M.** in Courtroom 3B.

       2. **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

cc:  Hon. Robert B. Kugler